**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|     Chaundra D. Tyson | : | |
| | : | Case No. <u>13-56321</u> |
| | : | JUDGE <u>CALDWELL</u> |
| | : | |

**AMENDMENT TO PETITION, SCHEDULES, CREDITOR MATRIX AND/OR**
**STATEMENT OF AFFAIRS PURSUANT TO BANKRUPTCY RULE 1009**

The attachments hereto amend the following:

    \_\_\_\_\_A     \_\_\_\_\_B     \_\_\_\_\_C     \_\_\_\_\_D     \_\_\_\_\_E     \_\_\_\_\_F

    \_\_\_\_\_G     \_\_\_\_\_H     \_\_X\_\_I     \_\_X\_\_J     \_\_\_\_\_Matrix

    _____Other

Debtor(s) represent that the amendments attached contain full and true statements of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.

    Debtor(s) <u>Chaundra D. Tyson</u>

certify under penalty of perjury that the foregoing is true and correct.

Executed on: <u>October 16, 2013</u>          <u>/s/ Chaundra D. Tyson</u>
                                                              Signature of Debtor

**B6I (Official Form 6I) (12/07)**

In re **Chaundra D. Tyson**          Case No. **2:13-bk-56321**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **Son** | AGE(S): **17** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Teacher** | |
| Name of Employer | **Westerville City Schools** | |
| How long employed | **starts 9/2013** | |
| Address of Employer | **936 Eastwind Drive** <br> **Westerville, OH 43081** | |

*See Attachment for Additional Employment Information

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **4,675.49** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **4,675.49** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **856.53** | $ **0.00** |
|     b. Insurance | $ **301.51** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): **STRS** | $ **514.30** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,672.34** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,003.15** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **Tutoring income (Gross $520.00 minus taxes = net)** | $ **450.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **450.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,453.15** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,453.15** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor has taken a new position with Westerville City Schools starting in 9/2013. This income reflects the future income with Westerville.**

**B6I (Official Form 6I) (12/07)**

In re  **Chaundra D. Tyson**                                                                             Case No.  **2:13-bk-56321**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Attachment for Additional Employment Information

| **Debtor** | |
|---|---|
| Occupation | **Tutor** |
| Name of Employer | **Columbus City Schools** |
| How long employed | |
| Address of Employer | **270 East State St.** <br> **Columbus, OH 43215** |

B6J (Official Form 6J) (12/07)

In re **Chaundra D. Tyson**                Case No. **2:13-bk-56321**
                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|   a. Are real estate taxes included? | Yes **X**  No ___ | |
|   b. Is property insurance included? | Yes **X**  No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 350.00 |
|              b. Water and sewer | | $ 60.00 |
|              c. Telephone | | $ 125.00 |
|              d. Other  **Internet/Cable** | | $ 95.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 95.00 |
| 4. Food | | $ 595.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 120.00 |
| 8. Transportation (not including car payments) | | $ 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | | $ 0.00 |
|              b. Life | | $ 0.00 |
|              c. Health | | $ 0.00 |
|              d. Auto | | $ 150.00 |
|              e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | | $ 0.00 |
|              b. Other | | $ 0.00 |
|              c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ 263.15 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,353.15 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **None**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 3,453.15 |
| b. | Average monthly expenses from Line 18 above | $ 2,353.15 |
| c. | Monthly net income (a. minus b.) | $ 1,100.00 |

**B6J (Official Form 6J) (12/07)**

In re **Chaundra D. Tyson**             Case No. **2:13-bk-56321**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Expenditures:**

| | |
|---|---:|
| **Personal care/haircuts** | $ **78.15** |
| **Dependent School Expenses** | $ **100.00** |
| **Dependent Extracurricular Expense** | $ **85.00** |
| **Total Other Expenditures** | $ **263.15** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail or regular U.S. mail this 16th day of October 2013 to the following:

*Via Electronic Notification to the following:*

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Jeffrey P Norman    notices@ch13columbus.com

*Via regular U.S. mail to the following:*

**Debtors:**
Chaundra D. Tyson
4632 Ellery Drive
Columbus, OH 43227

**Creditors:**
n/a

|  |  |
|---|---|
| 10/16/2013<br>Date | */s/ Courtney A. Perdue*<br>Courtney A. Perdue (0082136)<br>Attorney for Debtor(s)<br>610 S. Third St.<br>Columbus, OH 43206<br>(614) 228-4435<br>(614) 228-3882 *fax*<br>*email: courtney@fesenmyerlaw.com* |